
RECEIVED
IN MONROE, LA
FEB 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-30030** |
| **VERSUS** | * | **JUDGE JAMES** |
| **JAZMIN ADELAIDA GUERRERO** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Jazmin Adelaida Guerrero, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED this 2 day of February, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION